UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEHAVEN,<br><br>         Petitioner,<br><br>  v.<br><br>JAMES TILTON, Secretary,<br><br>         Respondent. | Civil No.   06-0602 BEN (BLM)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

  On January 16, 2007, Petitioner submitted a change of address to this Court. A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of James Tilton, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "Robert Hernandez ." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal

/ / /

/ / /

/ / /

1  institutions).  The Clerk of the Court shall modify the docket to reflect "James Tilton, Secretary"
2  as respondent in place of  "R.J. Hernandez."
3      **IT IS SO ORDERED.**
4  DATED: January 19, 2007

          *Barbara L. Major* (signature)

          BARBARA L. MAJOR
          United States Magistrate Judge